Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-781**

**Effective Date of Registration:**
May 07, 2025

**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Disco Chopsticks

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 19, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Caroline Valsaint
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Caroline Valsaint
1010 Congress St., Neenah, WI, 54956, United States

## Limitation of copyright claim

**Material excluded from this claim:** hand holding the chopsticks, the disco ball, and the background

**New material included in claim:** artistic arrangement, composition, vintage filter and color of the background

## Rights and Permissions

**Name:** Caroline Valsaint
**Email:** saltybichestudio@gmail.com
**Address:** 1010 Congress St.
Neenah, WI 54956 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-718**

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Disco Chopsticks Red & Pink

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 20, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Caroline Valsaint
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Caroline Valsaint
1010 Congress St., Neenah, WI, 54956, United States

## Limitation of copyright claim

**Material excluded from this claim:** hand holding the chopsticks, the disco ball, and the background

**New material included in claim:** artistic arrangement, composition, vintage filter and color of the backgound

## Rights and Permissions

**Name:** Caroline Valsaint
**Email:** saltybichestudio@gmail.com
**Address:** 1010 Congress St.
Neenah, WI 54956 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-715**

**Effective Date of Registration:**
May 07, 2025

**Registration Decision Date:**
August 04, 2025



## Title

        **Title of Work:** Disco for Breakfast

## Completion/Publication

        **Year of Completion:** 2024
        **Date of 1st Publication:** February 10, 2024
        **Nation of 1st Publication:** United States

## Author

        • **Author:** Caroline Valsaint
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Caroline Valsaint
        1010 Congress St., Neenah, WI, 54956, United States

## Limitation of copyright claim

        **Material excluded from this claim:** The hand holding a spoon, cereal bowl, the yellow star, and disco ball(s)

        **New material included in claim:** artistic arrangement, composition and color of the background

## Rights and Permissions

        **Name:** Caroline Valsaint
        **Email:** saltybichestudio@gmail.com
        **Address:** 1010 Congress St.
        Neenah, WI 54956 United States

## Certification

Page 1 of 2

