# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CAROLINE VALSAINT,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-12919

Judge Matthew F. Kennelly

Magistrate Judge Beth W. Jantz

## JOINT STATUS REPORT

Pursuant to Minute Entry Order [54], Plaintiff, Caroline Valsaint ("Plaintiff"), and Defendant Nos. 20 very excellent poster et al.[1] (collectively, the "Defendants"), submit this joint status report.

Plaintiff and Defendants have executed a settlement agreement, and Plaintiff is currently awaiting payment. Defendants have until July 18, 2026, to remit the settlement amount. Should Defendants provide notice to Plaintiff at least five (5) days before that deadline that additional time is needed, the payment deadline extends to August 17, 2026. If Defendants fail to provide such notice or remit payment by the applicable deadline, Defendants agree that the Court may enter a consent judgment against them for the full amount due under the settlement agreement, plus

---

[1] "Defendants" include Defendant Nos. 20 very excellent poster, 21 Good merchant Y, 23 Design and Display, 25 A very good poster, 28 voguish poster, 30 Focus on posters, 33 Magical paintings, 36 Wonderful unique poster, 37 Lucky poster wall decoration, 38 Free spirit posters, 39 Dream Space Poster, 41 Wall Artrs, 44 Happyposter, 46 Beautiful flowers means love, 47 Thebester, 48 Art Design Decorative Mural, 49 This poster looks great, 57 This beautiful poster, 58 Canvas Classics, 60 great poster, 61 Magical posters, 63 chic poster, 64 red poster, 67 Artful Decor Vision, 68 Beautiful life in dream, 72 skt poster, 73 Artful Livin Wall Wonders Aesthetic Haven, 78 one apple poster, 79 Beautiful poster painting, 80 ArtNest Studio, 83 Alina Home Décor, 84 one two poster, 85 Art Deco Corner, 86 Eagle Family Poster, and 87 Painted Room.

reasonable attorneys' fees and costs incurred in entering and enforcing such judgment. The Parties respectfully request that the Court set a status report date of July 16, 2026.

DATED:    June 29, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Jiyuan Zhang
Jiyuan Zhang
J. Zhang and Associates, P.C.
37-12 Prince Street, Suite 9C
Flushing, NY 11354
Telephone: 718-701-5098
E-mail: contact@jzhanglaws.com

**ATTORNEY FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 29, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt