IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLINE VALSAINT, | Case No.: 1:25-cv-12919 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Magistrate Judge Beth W. Jantz |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's June 30, 2026 Minute Entry [56], Plaintiff, Caroline Valsaint ("Plaintiff"), respectfully submits this status report regarding Defendant Nos. 20 very excellent poster et al.[1] (collectively, the "Defendants").

Plaintiff and Defendants executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment due July 18, 2026. Defendants have not provided notice that additional time is needed and have not requested an extension of that deadline. Plaintiff has previously reported to the Court that she is awaiting payment. To date, the settlement amount remains unpaid.

Plaintiff has sought to confirm the status of payment with Defendants' counsel, including by requesting a payment receipt. At the time of this filing, Plaintiff still has not heard from

---

[1] "Defendants" include Defendant Nos. 20 very excellent poster, 21 Good merchant Y, 23 Design and Display, 25 A very good poster, 28 voguish poster, 30 Focus on posters, 33 Magical paintings, 36 Wonderful unique poster, 37 Lucky poster wall decoration, 38 Free spirit posters, 39 Dream Space Poster, 41 Wall Artrs, 44 Happyposter, 46 Beautiful flowers means love, 47 Thebester, 48 Art Design Decorative Mural, 49 This poster looks great, 57 This beautiful poster, 58 Canvas Classics, 60 great poster, 61 Magical posters, 63 chic poster, 64 red poster, 67 Artful Decor Vision, 68 Beautiful life in dream, 72 skt poster, 73 Artful Livin Wall Wonders Aesthetic Haven, 78 one apple poster, 79 Beautiful poster painting, 80 ArtNest Studio, 83 Alina Home Décor, 84 one two poster, 85 Art Deco Corner, 86 Eagle Family Poster, and 87 Painted Room.

Defendants' counsel. Should Defendants fail to remit the settlement amount by the July 18, 2026 deadline, Plaintiff will file a Motion for Entry of Consent Judgment. Defendants' failure to pay entitles Plaintiff to file that motion for the full settlement amount, plus the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment, and Defendants agreed to entry of the proposed Consent Judgment when they executed the settlement agreement.

Plaintiff respectfully submits this report and will keep the Court promptly apprised of payment and of any resulting filing.

DATED: July 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 16, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt