**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Caroline Valsaint

                                           Plaintiff,

v.                                                      Case No.:
                                                        1:25−cv−12919
                                                        Honorable Matthew F.
                                                        Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                           Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, July 18, 2026:

    MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed plaintiff's status report. A further status report is to be filed on 7/31/2026 unless a stipulation for dismissal or motion for entry of consent judgment is on file before that date. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.