## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Caroline Valsaint

                                    Plaintiff,

v.

                                    Case No.:
                                    1:25−cv−12919

                                    Honorable Matthew F.
                                    Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motion for entry of consent judgment [59] is granted. Enter Consent Judgment. This order disposes of all remaining defendants. The Clerk is directed to close the case and vacate any dates and deadlines. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.