**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAROLINE VALSAINT,

     Plaintiff,                            Case No.: 1:25-cv-12919

v.                                    **Judge Matthew F. Kennelly**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## CONSENT JUDGMENT

This action having been commenced by Plaintiff CAROLINE VALSAINT ("Plaintiff")

against the following Defendants ("Defendants") (collectively, the "Parties") identified on

Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the

allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 20 | very excellent poster | 634418219807015 |
| 21 | Good merchant Y | 634418220146387 |
| 23 | Design and Display | 634418221982557 |
| 25 | A very good poster | 634418220375649 |
| 28 | voguish poster | 634418220475037 |
| 30 | Focus on posters | 634418219088408 |
| 33 | Magical paintings | 634418219271885 |
| 36 | Wonderful unique poster | 634418219316678 |
| 37 | Lucky poster wall decoration | 634418219618442 |
| 38 | Free spirit posters | 634418219317255 |
| 39 | Dream Space Poster | 634418219363763 |
| 41 | Wall Artrs | 634418222108183 |
| 44 | Happyposter | 634418216376999 |
| 46 | Beautiful flowers means love | 634418218147966 |
| 47 | Thebester | 634418216912792 |

| 48 | Art Design Decorative Mural | 634418221979147 |
|---|---|---|
| 49 | This poster looks great | 634418218732626 |
| 57 | This beautiful poster | 634418220083753 |
| 58 | Canvas Classics | 634418219509905 |
| 60 | great poster | 634418218139515 |
| 61 | Magical posters | 634418219898432 |
| 63 | chic poster | 634418219808765 |
| 64 | red poster | 634418221282690 |
| 67 | Artful Decor Vision | 634418219329799 |
| 68 | Beautiful life in dream | 634418217947589 |
| 72 | skt poster | 634418219808991 |
| 73 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 78 | one apple poster | 634418219654011 |
| 79 | Beautiful poster painting | 634418218434213 |
| 80 | ArtNest Studio | 634418222199606 |
| 83 | Alina Home Decor | 634418221476303 |
| 84 | one two poster | 634418219327028 |
| 85 | Art Deco Corner | 634418222107937 |
| 86 | Eagle Family Poster | 634418221475457 |
| 87 | Painted Room | 634418222198460 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Caroline Valsaint Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement

2

(17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

    a.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Caroline Valsaint Works in any manner without the express authorization of Plaintiff;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Caroline Valsaint product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Caroline Valsaint Works;

    c.  committing any acts calculated to cause consumers to believe that Defendant's Infringing Caroline Valsaint Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  further infringing the Caroline Valsaint Works and damaging Plaintiff's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Caroline Valsaint Works.

2.  Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-six thousand two hundred fifty dollars ($26,250) in damages (the "Damage Amount").

3.  Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4.  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED:  August 3, 2026

_____

Matthew F. Kennelly
United States District Judge

4