✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  1:25-cv-12919    DATE FILED  10/22/25 | United Stated District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Caroline Valsaint | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Cornejo | 08/04/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-781

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:**    Disco Chopsticks

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    April 19, 2023
**Nation of 1ˢᵗ Publication:**    United States

## Author

- **Author:**    Caroline Valsaint
  **Author Created:**    2-D artwork
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Caroline Valsaint
1010 Congress St., Neenah, WI, 54956, United States

## Limitation of copyright claim

**Material excluded from this claim:**    hand holding the chopsticks, the disco ball, and the background

**New material included in claim:**    artistic arrangement, composition, vintage filter and color of the background

## Rights and Permissions

**Name:**    Caroline Valsaint
**Email:**    saltybichestudio@gmail.com
**Address:**    1010 Congress St.
Neenah, WI 54956 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-718

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Disco Chopsticks Red & Pink

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 20, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Caroline Valsaint
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Caroline Valsaint
1010 Congress St., Neenah, WI, 54956, United States

## Limitation of copyright claim

**Material excluded from this claim:** hand holding the chopsticks, the disco ball, and the background

**New material included in claim:** artistic arrangement, composition, vintage filter and color of the backgound

## Rights and Permissions

**Name:** Caroline Valsaint
**Email:** saltybichestudio@gmail.com
**Address:** 1010 Congress St.
Neenah, WI 54956 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-715

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Disco for Breakfast |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | February 10, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Caroline Valsaint |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Caroline Valsaint |
| | 1010 Congress St., Neenah, WI, 54956, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | The hand holding a spoon, cereal bowl, the yellow star, and disco ball(s) |
| **New material included in claim:** | artistic arrangement, composition and color of the background |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Caroline Valsaint |
| **Email:** | saltybichestudio@gmail.com |
| **Address:** | 1010 Congress St. |
| | Neenah, WI 54956 United States |

## Certification

Page 1 of 2



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAROLINE VALSAINT,

      Plaintiff,                               Case No.: 1:25-cv-12919

v.                                      **Judge Matthew F. Kennelly**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**CONSENT JUDGMENT**

      This action having been commenced by Plaintiff CAROLINE VALSAINT ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 20 | very excellent poster | 634418219807015 |
| 21 | Good merchant Y | 634418220146387 |
| 23 | Design and Display | 634418221982557 |
| 25 | A very good poster | 634418220375649 |
| 28 | voguish poster | 634418220475037 |
| 30 | Focus on posters | 634418219088408 |
| 33 | Magical paintings | 634418219271885 |
| 36 | Wonderful unique poster | 634418219316678 |
| 37 | Lucky poster wall decoration | 634418219618442 |
| 38 | Free spirit posters | 634418219317255 |
| 39 | Dream Space Poster | 634418219363763 |
| 41 | Wall Artrs | 634418222108183 |
| 44 | Happyposter | 634418216376999 |
| 46 | Beautiful flowers means love | 634418218147966 |
| 47 | Thebester | 634418216912792 |

| 48 | Art Design Decorative Mural | 634418221979147 |
|---|---|---|
| 49 | This poster looks great | 634418218732626 |
| 57 | This beautiful poster | 634418220083753 |
| 58 | Canvas Classics | 634418219509905 |
| 60 | great poster | 634418218139515 |
| 61 | Magical posters | 634418219898432 |
| 63 | chic poster | 634418219808765 |
| 64 | red poster | 634418221282690 |
| 67 | Artful Decor Vision | 634418219329799 |
| 68 | Beautiful life in dream | 634418217947589 |
| 72 | skt poster | 634418219808991 |
| 73 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 78 | one apple poster | 634418219654011 |
| 79 | Beautiful poster painting | 634418218434213 |
| 80 | ArtNest Studio | 634418222199606 |
| 83 | Alina Home Decor | 634418221476303 |
| 84 | one two poster | 634418219327028 |
| 85 | Art Deco Corner | 634418222107937 |
| 86 | Eagle Family Poster | 634418221475457 |
| 87 | Painted Room | 634418222198460 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Caroline Valsaint Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement

2

(17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1.    Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

    a.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Caroline Valsaint Works in any manner without the express authorization of Plaintiff;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Caroline Valsaint product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Caroline Valsaint Works;

    c.  committing any acts calculated to cause consumers to believe that Defendant's Infringing Caroline Valsaint Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  further infringing the Caroline Valsaint Works and damaging Plaintiff's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Caroline Valsaint Works.

2.    Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-six thousand two hundred fifty dollars ($26,250) in damages (the "Damage Amount").

3

3.     Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4.     The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED:  August 3, 2026

_____
Matthew F. Kennelly
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ROBERTO CORNEJO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 4, 2026